

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-12-00059-CR

Style:      Nuur Ahmed

     **v** The State of Texas

Date motion filed[*]:      February 25, 2013

Type of motion:      Motion requesting the court to rule on State's motion to abate and fourth motion for extension of time to file brief

Party filing motion:      State

Document to be filed:      Brief

Is appeal accelerated? No

If motion to extend time:
     Original due date:      November 26, 2012
     Number of previous extensions:      -3-      Current Due date: February 25, 2013
     Date Requested:      30 days after trial court response or March 24

Ordered that motion is:

☐      Granted

     If document is to be filed, document due:

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☑      Other: _____

**The State's motion for extension is granted. The State's brief will be due no later than 30 days after the amended certification of appellant's right to appeal is filed in this court, regardless of whether the case has been reinstated. The State's request for the court to rule on the State's motion to abate is dismissed as moot.**

Judge's signature: /s/ Harvey Brown_____
     ☑ Acting individually      ☐ Acting for the Court
Panel consists of_____

Date: March 11, 2013
November 7, 2008 Revision